**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| |
|---|
| **LEMONT LOVE**, *et al.*, |
| |
| Plaintiffs, |
| |
| v. |
| |
| **BOROUGH OF MILLTOWN, *et al.*,** |
| |
| Defendants. |

Civil Action No. 25-13816 (ZNQ) (JBD)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon three Motions: (1) Motion for Default Judgment filed by pro se Plaintiffs Jessica Love and Lemont Love (collectively, "Plaintiffs") on September 3, 2025 (ECF No. 12); (2) Motion to Dismiss and Vacate Default filed by Defendants Home Depot Store #0928, Home Depot U.S.A., Inc., and Christopher Slavin (collectively, "Home Depot Defendants") on September 12, 2025 (ECF No. 21); and (3) Motion to Dismiss filed by Defendants Borough of Milltown, Carmen DeLorenzo, Christopher Johnson, Milltown Police Department, Armando Rosario, Jr., Christopher Slavin, and Eric Wachenheim (collectively, "Milltown Defendants") on September 22, 2025 (ECF No. 26). For the reasons set forth in the accompanying Opinion,

**IT IS** on this 28th day of April 2026,

**ORDERED** that Plaintiffs' Motion for Default Judgment (ECF No. 12) is hereby **DENIED**; it is further

**ORDERED** that the Home Depot Defendants' Motion (ECF No. 21) is **GRANTED-IN-PART** and **DENIED-IN-PART**; it is further

**ORDERED** that the Clerk's entry of Default against the Home Depot Defendants is **VACATED**; it is further

**ORDERED** that Defendant Christopher Slavin is **DISMISSED** and Plaintiffs are granted leave to substitute "John Doe – Loss Prevention Officer" in a Second Amended Complaint; it is further

**ORDERED** that Plaintiffs have 45 days from the date of this Order to serve the Summons and Complaint on the Home Depot Defendants; it is further

**ORDERED** that the remainder of the relief sought in the Home Depot Defendants' Motion is **DENIED**; it is further

**ORDERED** that the Milltown Defendants' Motion (ECF No. 26) is **GRANTED-IN-PART** and **DENIED-IN-PART**; it is further

**ORDERED** that Defendant Milltown Police Department is **DISMISSED WITH PREJUDICE**;

**ORDERED** that Defendants Armando Rosario, Jr., Eric Wachenheim, Carmen DeLorenzo, and Christopher Johnson in their Official Capacities are **DISMISSED WITH PREJUDICE**; it is further

**ORDERED** that Defendant Chief Christopher Johnson in his Individual Capacity is **DISMISSED WITHOUT PREJUDICE**;

**ORDERED** that Plaintiffs' state-law tort claims (Counts V, VI, VII, VIII, XI, and XII) are **DISMISSED WITHOUT PREJUDICE** as to the Milltown Defendants; it is further

**ORDERED** that that all other relief sought in the Milltown Defendants' Motion is **DENIED**; and it is further

**ORDERED** that Plaintiffs are hereby granted leave to file a Second Amended Complaint,

limited to remedying the defects identified herein, within 30 days.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**